WESTERN
US District Court for the ~~Middle~~ District of North Carolina

Lawrence Verline Wilder Sr

5:16CV26-V

**FILED**
STATESVILLE, N.C.

FEB 8 2016

U.S. District Court
Western District of N.C.

vs

State of North Carolina

Appeal of the Dismissal of the Motion to Reopen

Effective Federal Court Appointed Counsel

Defendant files the appeal to remove the appeal from the North Carolina Judicial System to the Federal courts.

Defendant argues that the state court violated his rights when finding him guilty and denying the appeals.

Defendant was found guilty of EXCEEDING THE SPEED LIMIT WHILE PASSING A VEHICLE WERE THE DISTRACTED CAUCASIAN FEMALE DROVE AND TEXTED ON HER CELLPHONE.

Wilkes County NC District court excluded African American males from the jury.

Wilkes County NC sat every potential African American jury on the front row of the court of potential juror and sat every potential Caucasian jury in the remaining rows.

Wilkes County NC prosecutor began to excluded every possible minority juror until the jury had 11 Caucasians and 1 African American female.

Wilkes County NC District judge may have violated the number of juror challenges of the defendant.

Wilkes County NC District judge and prosecutor objected and sustained defendants questions to the North Carolina State Trooper including if he racially profiled African Americans and was he a member of a hate group or group that hated African American males.

Defendant includes the Motion to Reconsider and opinion of the Superior Court in Wilkes County NC.

Defendant motions the Federal Court to dismiss or order the State of North Carolina every charge.

Defendant also request that the Federal Court order the State of North Carolina and the Department of Justice to respect the 1/11/1989 President Ronald Reagan pardon of the 7/10/1985 Greensboro NC felony manufacturing marijuana conviction in absentia because manifest injustices argued in previous Federal arguments of the defendant, North Carolina Supreme Court precedent, and US Supreme Court precedent including the fact that I didn't rent the apartment the evidence was found, evidence was flowers, and a 4th amendment violation.

Respectfully

Lawrence Verline Wilder Sr

Certicate of Service

Defendant mailed a copy of the Appeal of State Conviction USPS

US Attorney Ripley Rand
101 South Edgeworth Street, 4th Floor
Greensboro, NC 27401
Westmoreland Rose
US Attorney NCWD
227 West Trade Street
Charlotte, NC 28202